AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SRIDHARAN SRINIVASAN
7430 Colshire Drive, Apt. #4
McLean, VA  22102

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services, and PAUL E. NOVAK, JR., Director of the USCIS Vermont Service Center

CASE:

Case: 1:08-cv-01014
Assigned To : Kennedy, Henry H.
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                      JUN 1 3 2008
_____         _____
CLERK                                            DATE

/s/ Maureen Higgins
_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 17, 2008 |
| NAME OF SERVER *(PRINT)* Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____
_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____
_____

    G  Other (specify):   Federal Express Delivery
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/17/2008
              Date

*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Belinda Axt

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, June 17, 2008 9:34 AM |
| **To:** | Belinda Axt |
| **Subject:** | FedEx Shipment 952639417759 Delivered |

This tracking update has been requested by:

Company Name:            LAW OFFICES OF SHEELA MURTHY
Name:                    DEBBIE MEEKINS
E-mail:                  DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                    06-2381LM/dm
Ship (P/U) date:              Jun 16, 2008
Delivery date:                Jun 17, 2008 9:27 AM
Sign for by:                  M.PARRIS
Delivered to:                 Shipping/Receiving
Service type:                 FedEx Priority Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.
Special handling/Services:    Residential Delivery
                              Deliver Weekday

Tracking number:              952639417759

Shipper Information                 Recipient Information
DEBBIE MEEKINS                      MICHAEL B MUKASEY
LAW OFFICES OF SHEELA MURTHY        ATTORNEY GENERAL OF THE US
10451 MILL RUN CIRCLE;SUITE 100     US DEPARTMENT OF JUSTICE;950
OWINGS MILLS                        PENNSYLVANIA, N.W.
MD                                  WASHINGTON
US                                  DC
21117                               US
                                    20530

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:33 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.