AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SRIDHARAN SRINIVASAN
7430 Colshire Drive, Apt. #4
McLean, VA  22102

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S.
MUELLER, III, Director of the Federal Bureau of Investigation, and
JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship
and Immigration Services, and PAUL E. NOVAK, JR., Director of
the USCIS Vermont Service Center

CAS

Case: 1:08-cv-01014
Assigned To : Kennedy, Henry H.
Assign. Date : 6/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC  20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 1 3 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 17, 2008 |
| NAME OF SERVER *(PRINT)*    Brian S. Green | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant. Place where served: _____

_____

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

**G**   Returned unexecuted: _____

_____

_____

**G**   Other (specify):   Federal Express Delivery

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/17/2008 _____
              Date             *Signature of Server*

          Murthy Law Firm
          10451 Mill Run Circle, Suite 100
          Owings Mill, MD 21117
          *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Belinda Axt

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, June 17, 2008 9:54 AM |
| **To:** | Belinda Axt |
| **Subject:** | FedEx Shipment 952639417760 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | LAW OFFICES OF SHEELA MURTHY |
| Name: | DEBBIE MEEKINS |
| E-mail: | DEBBIE@MURTHY.COM |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 06-2381LM/dm |
| Ship (P/U) date: | Jun 16, 2008 |
| Delivery date: | Jun 17, 2008 9:52 AM |
| Sign for by: | J.SAWYER |
| Delivered to: | FedEx Location |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Hold At FedEx Location |

Tracking number:          952639417760

| Shipper Information | Recipient Information |
|---|---|
| DEBBIE MEEKINS | ROBERT S MUELLER III DIR. |
| LAW OFFICES OF SHEELA MURTHY | FEDERAL BUREAU OF INVESTIGATIONS |
| 10451 MILL RUN CIRCLE;SUITE 100 | J. EDGAR HOOVER BUILDING;935 |
| OWINGS MILLS | PENNSYLVANIA AVENUE |
| MD | WASHINGTON |
| US | DC |
| 21117 | US |
| | 205350001 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:53 AM CDT
on 06/17/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

6/17/2008