UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SRIDHARAN SRINIVASAN,                                )
7430 Colshire Drive, Apt. #4,                        )
McLean, VA  22102,                                   )
                                                     )
            Plaintiff,                               )    AMENDED COMPLAINT FOR
                                                     )    WRIT OF MANDAMUS AND
      v.                                             )    FOR EQUITABLE RELIEF
                                                     )
MICHAEL B. MUKASEY, Attorney                         )    CIVIL ACTION NO. 1:08-cv-01014
General of the United States, in his                 )
official capacity as well as his                     )    JUDGE HENRY H. KENNEDY
successors and assigns,                              )
U.S. Department of Justice,                          )    ALIEN NO. A98 646 817
950 Pennsylvania Avenue, N.W.,                       )
Washington, D.C. 20530-0001,                         )    AGENCY CASE NO. EAC0505050640
                                                     )
            and                                      )    REQUEST FOR ORAL ARGUMENT
                                                     )
ROBERT S. MUELLER, III, Director,                    )
Federal Bureau of Investigation,                     )
in his official capacity, as well as his             )
successors and assigns,                              )
J. Edgar Hoover Building,                            )
935 Pennsylvania Avenue N.W.,                        )
Washington, DC 20535-0001                            )
                                                     )
            and                                      )
                                                     )
JONATHAN SCHARFEN, Acting                            )
Director, U.S. Department of                         )
Homeland Security, U.S. Citizenship                  )
and Immigration Services, in his                     )
official capacity, as well as his                    )
successors and assigns,                              )
20 Massachusetts Avenue, N.W.,                       )
Suite 5110,                                          )
Washington, DC 20529                                 )
                                                     )
            and                                      )
                                                     )
PAUL E. NOVAK, JR., Director,                        )
Vermont Service Center,                              )
U.S. Department of Homeland                          )
Security, U.S. Citizenship and                       )
Immigration Services, in his official                )
capacity as well as his successors                   )
and assigns,                                         )
75 Lower Welden Street,                              )
St. Albans, VT 05479-0001                            )
                                                     )
            Defendants.                              )
                                                     )

AMENDEDCOMPLAINT FOR WRIT OF
MANDAMUS AND EQUITABLE RELIEF

**To the Honorable Judges of Said Court:**

COMES NOW, Plaintiff, Sridharan Srinivasan, through his undersigned counsel, and alleges as follows:

**I. INTRODUCTION**

1.      This is a civil action seeking mandamus and equitable relief based upon the failure of the Federal Bureau of Investigation ("FBI") to complete Plaintiff's National Name Check Program clearance, which has unreasonably delayed any adjudication of the I-485 Applications for Adjustment of Status, which were filed by Plaintiff and his dependents, pursuant to §245 of the Immigration and Nationality Act, 8 U.S.C. §1255 ("INA"), on **December 7, 2004**.  *See*, Affidavit of Sridharan Srinivasan, dated April 28, 2008, a copy of which is attached and incorporated hereto as "Exhibit A."

2.      Plaintiff seeks to compel Defendants Attorney General Mukasey and FBI Director Robert Mueller, and those acting under their direction, to complete Plaintiff's FBI National Name Check Program clearance (generating a "FBIQUERY System" response), which is required before the U.S. Citizenship and Immigration Service ("USCIS") can adjudicate his and his dependents' I-485 applications, pursuant to §245 of the INA, the Mandamus and Venue Act (28 U.S.C. §1361) ("Mandamus Act"), 8 U.S.C. §1101 (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), and the Administrative Procedures Act (5 U.S.C. §551 and §701, et seq.) ("APA").

3.    Attorneys fees and costs are entitled to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 5 U.S.C. § 504 and 28 U.S.C. § 2412(d), *et seq.*[1]

**II. PARTIES**

4.    Plaintiff, Sridharan Srinivasan, is an adult individual who is a national of India and resides lawfully in the United States. He resides at 7430 Colshire Drive, Apt. #4, McLean, VA 22102. *See*, Exhibit A.

5.    Michael B. Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity only, as well as his successors and assigns.    He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the FBI, which is an agency within the U.S. Department of Justice.    More specifically, Mr. Mukasey is responsible for overseeing the FBI's National Name Check Program ("NNCP"), which is mandated by Executive Order No. 10450.    Presently, every intending immigrant must complete an FBI NNCP screening before an adjustment application filed on his or her behalf can be approved.    *See*, 22 C.F.R. §42.67(c)(2).

6.    Robert S. Mueller, III, is the Director of the FBI and is named herein only his official capacity, as well as his successors and assigns, and his duties include ensuring timely completion of all requests made by the USCIS for security clearances, including NNCP screenings. The FBI is headquartered at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, DC 20535-0001.

---

[1] *See*, Elkhatib v. Bulger, 2006 U.S. Dist. LEXIS 60485 (S.D. Fla. 2006) (fees granted after a plaintiff succeeded in his mandamus action seeking to compel the USCIS to adjudicate his adjustment application) and Aboushaban v. Mueller, 2007 U.S. Dist. LEXIS 15402 (N.D. Cal. 2006) (fees granted after the Court granted a plaintiff's writ of mandamus and ordered the USCIS to adjudicate his adjustment application).

7.    Jonathan Scharfen is the Acting Director of the USCIS, who is named herein only his official capacity, as well as his successors and assigns. He is generally charged with the implementation of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS. USCIS is specifically assigned the adjudication of applications for adjustment of status. USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529.

8.    Defendants Mukasey, Scharfen, and Mueller are federal officers and agency heads who perform a significant amount of their official duties in the District of Columbia.

9.    Paul E. Novak, Jr. is the District Director of the Vermont Service Center ("VSC") of the USCIS and is named herein only in his official capacity, as well as his successors and assigns. Plaintiff and his dependents properly filed their applications for adjustment of status with the VSC. USCIS, through its headquarters in Washington, D.C., any of its four (4) service centers, National Benefits Center, numerous Field Offices, numerous Sub-Offices and Application Support Centers, has a mandatory duty to act on Plaintiff and his dependents' delayed applications for adjustment of status within a reasonable period of time.

## III. JURISDICTION

10.    This Honorable Court has subject matter jurisdiction over this Complaint under the Constitution and laws of the United States, including the Fifth Amendment to the U.S. Constitution,[2] provisions of Title 8 U.S.C. §1101 (INA), 8

---

[2] The U.S. Supreme Court reminds us that, "the Due Process Clause applies to all 'persons' within the United States, including aliens, whether their presence is lawful, unlawful, temporary, or permanent." See Zadvydas v. Davis, 533 U.S. 678, 679 (2001)

4

U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), 28 U.S.C. §1331 (federal question jurisdiction), 28 U.S.C. §1361 (Mandamus Act), 28 U.S.C. §1651 (All Writs Act) as well as under 5 U.S.C. §555 and 701, et seq. (APA). Relief is requested pursuant to the U.S. Constitution and these statutes.

11.    When Congress enacted The Immigration Services and Infrastructure Improvements Act of 2000, it set the period of one-hundred-and-eighty days (180) as the normative expectation for the government to complete the processing of an immigrant benefit application. This 180 day period, which begins upon the initial filing of the application, is considered a **reasonable processing time.** See, 8 U.S.C. §1571 and <u>Konchitsky v. Chertoff</u>, 2007 U.S. Dist. LEXIS 53998 at 11-15 (N.D. Cal. July 13, 2007)

12.    **Plaintiff and his dependents' I-485 Applications have therefore been pending three (3) years longer than is considered reasonable** under 8 U.S.C. §1571.

13.    This action is filed in response to unreasonable agency delay and failure to complete Plaintiff and his dependants' FBI NNCP screenings and issue "FBIQUERY System" responses to the USCIS, which has unreasonably prevented the adjudication of **Plaintiff and his dependents' Adjustment Applications**, in violation of the APA. Plaintiff merely seeks to compel FBI action on unreasonably delayed NNCP screenings. **Plaintiff does not seek review of a discretionary decision rendered or act by non-FBI Defendants, including any action on the part of Defendant USCIS.**

14.    There are no administrative remedies available to Plaintiff to redress his grievances described herein. As described more fully below, Plaintiff has contacted the USCIS' Vermont Service Center; the USCIS' Vermont Service

Center's Premium Processing Unit; U.S. President George W. Bush; U.S. Vice President Dick Cheney; U.S. Senator George Allen; U.S. Senator John McCain; and U.S. Congressman James P. Moran.

15.   Plaintiff's instant action challenges only the reasonableness of Defendants' delay or inaction in the completion of his and his dependants' NNCP screenings and transmission of "FBIQUERY System" responses to the USCIS, not the grant or denial of the I-485 Applications, therefore the jurisdictional limitations of 8 U.S.C. §1252 do not apply.

16.   This Court, in an opinion by U.S. District Judge Emmet G. Sullivan, has specifically held that it has subject matter jurisdiction to hear a similar cause of action under the APA filed by an alien whose I-485 adjustment application had been pending since July 23, 2003. *See*, Liu v. Novak, 509 F.Supp. 2d 1, 13 (D.D.C. Aug. 30, 2007)

17.   As noted in Judge Sullivan's opinion, there is significant district court authority holding that subject matter jurisdiction is appropriate for judicial review of an **agency's failure to take action** or to review the pace of adjustment application processing. Id., at 11-12. *See also*, Tang v. Chertoff, 2007 U.S. Dist. LEXIS 64022 at *14-19 (E.D. Ky. Aug, 29, 2007) (**granting a preliminary injunction and writ of mandamus** after finding that USCIS had a non-discretionary duty to process plaintiff's I-485 applications); Xu v. Chertoff, 2007 U.S. Dist. LEXIS 55215 at *2 (E.D. Mich. July 31, 2007) (duty to process I-485 applications within a reasonable time is a **non-discretionary duty** imposed by the APA and reviewable through the mandamus statute); Yan Yang v. Gonzales, 2007 U.S. Dist. LEXIS 42143 at *6 (S.D. Oh. June 11, 2007) (a complaint invoking the court's **mandamus jurisdiction** to compel resolution of I-485 application was appropriate); Song v. Klapakas, 2007

6

U.S. Dist. LEXIS 27203 at *10 (E.D. Pa. April 12, 2007) (**mandamus jurisdiction** is appropriate because defendants owe plaintiffs a **non-discretionary duty** to act on their adjustment of status applications in a reasonable time); Saleem v. Keisler, 2007 U.S. Dist. LEXIS 80044 at *37 (W.D. Wisc. Oct. 26, 2007) (USCIS ordered to adjudicate adjustment application within 60 days); Jin v. Heinauer, 2007 U.S. Dist. LEXIS 89214 at *12-13 (S.D. Ohio Dec. 4, 2007) (USCIS ordered to adjudicate adjustment application within 90 days); Gershenzon v. Gonzales, 2007 U.S. Dist. LEXIS 68600 (W.D. Pa. Sept. 17, 2007) (motion to dismiss denied where USCIS had not adjudicated an adjustment application for more than three years due to an incomplete FBI NNCP screening); Liu v. Chertoff, 2007 U.S. Dist. LEXIS 50173 (E.D. Cal. July 11, 2007) (two-and-a-half year delay); Okunev v. Chertoff, 2007 U.S. Dist. LEXIS 53161 (N.D. Cal. July 11, 2007) (more than a three year delay); Quan v. Chertoff, 2007 U.S. Dist. LEXIS 44081 (N.D. Cal. June 7, 2007) (unreasonable delay); Singh v. Still, 470 F.Supp. 2d 1064, 1072  (N.D. Cal. 2007) (nearly a four year delay); Aboushaban v. Mueller, 2006 U.S. Dist. LEXIS 81076 (N.D. Cal. 2006) (an approximate eight year delay); Salehian v. Novak, 2006 U.S. Dist. LEXIS 77028 (D. Conn. 2006) (two year delay); Duan v. Zamberry, 2007 U.S. Dist. LEXIS 12697 (W.D. Pa. Feb. 23, 2007) (more than a one year delay); Jones v. Gonzales, 2007 U.S. Dist. LEXIS 45012 (S.D. Fla. June 21, 2007) (delays of two and three years); Cao v. Upchurch, 496 F. Supp. 2d 569 (E.D. Pa. 2007) (summary judgment was appropriate as a four year delay was presumptively unreasonable and defendants made no attempt to rebut proof of an unreasonable delay); Dong v. Chertoff, 513 F. Supp. 2d 1158 (N.D. 2007) (jurisdiction appropriate to determine whether action on an adjustment application had been unlawfully withheld); Lopez v. Secretary, DHS, 2007 U.S. Dist. LEXIS 68447 (M.D. Fla. Sept. 17, 2007) (evidentiary hearing granted

regarding the reasonableness of a FBI delay in completing a name check); and Sawad v. Frazier, 2007 U.S. Dist. LEXIS 75366 (D.Minn. Oct. 9, 2007) (motion to dismiss denied and defendants ordered to provide evidence specific to two adjustment applications and the related background checks within sixty days).

## IV. VENUE

18.    Venue is properly with this Court, pursuant to 28 U.S.C. § 1391(e)(1) because:

a.    Defendant Attorney General Michael B. Mukasey is an officer of the Department of Justice and is responsible for the operation of the FBI, which is headquartered in the District of Columbia.[3]   Defendant Mukasey performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

b.    Defendant Robert S. Mueller, III, is an officer of the Department of Justice and is Director of the FBI, which is headquartered in the District of Columbia. Defendant Mueller performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

c.    Defendant Jonathan Scharfen is an officer of the Department of Homeland Security and is the Acting Director of the USCIS, which is headquartered in the District of Columbia.   Defendant Scharfen performs a significant amount of his official duties in the District of Columbia and resides, for

---

[3] It is well-established precedent in this Court that, "When an officer or agency head performs a 'significant amount' of his or her official duties in the District of Columbia, the District of Columbia is a proper place for venue." Jyachosky v. Winter, 2006 U.S. Dist. LEXIS 44399 at 12, hn. 6 (D.D.C. June 29, 2006), citing to Bartman v. Cheney, 827 F.Supp. 1, 1 (D.D.C. 1993) (holding that the Secretary of Defense resides in Washington, D.C. for purposes of 28 U.S.C. § 1391(e))

purposes of venue, within the District of Columbia;

       d.    Defendant Novak is an officer of the Department of Homeland Security who retains jurisdiction over the **Plaintiff and his dependents' adjustment applications**, subject to the discretion of Defendant Scharfen, who resides in the District of Columbia;

       e.    A substantial part of the events or omissions giving rise to Plaintiff's Complaint occurred within the offices of the FBI, DHS, and USCIS, which are all headquartered in the District of Columbia; and

       f.    Judicial economy and the interests of justice warrant that Plaintiff's action be brought and decided in the District of Columbia, because the above-listed Defendant U.S. officials perform a significant amount of their official duties, and their agencies are all located, within the jurisdiction of this Honorable Court, or are subject to the discretion of their Agency Director who is similarly located within the District of Columbia.

       19.    Due to the decentralized nature of USCIS case processing, which allows for the transfer of immigrant benefit applications to any USCIS facility located anywhere in the United States of America, at any time, venue is only appropriate in the District Court for the District of Columbia.

## V. STATEMENT OF FACTS

### A. Eligibility for Immigrant Alien Worker benefits

       20.    On December 7, 2004, an I-140 Immigrant Petition for an Alien Worker was filed on Plaintiff's behalf by his employer, Pegasus Consulting Group, with the VSC, pursuant to §203(b)(3) of the INA, 8 U.S.C. §1153. *See*, USCIS Form I-797C, Receipt Number EAC-05-050-50640, dated December 13, 2004, a copy of which is attached and incorporated herewith as "Exhibit B."

9

21.    The I-140 Petition in question was properly filed with the VSC. It is the duty of the USCIS, to timely adjudicate this petition.

22.    On December 7, 2004, Plaintiff concurrently filed an I-485 Application for Adjustment of Status with the VSC, pursuant to §245 of the INA, 8 U.S.C. §1255. *See*, USCIS Form I-797C, Receipt Number EAC-05-050-50598, dated December 13, 2004, a copy of which is attached and incorporated hereto as "Exhibit C."

23.    On December 7, 2004, Plaintiff's dependants filed I-485 Applications for Adjustment of Status with VSC, as derivative adjustments, based on the filing of Plaintiff's Adjustment of Status as a direct beneficiary of an immigrant petition. *See*, USCIS Case Status, Receipt Number EAC-05-050-50583, for Geeta Sridharan, spouse of Plaintiff; USCIS Form I-797C, Receipt Number EAC-05-050-50564, for Vishwajith Sridharan, son of Plaintiff, dated December 13, 2004; and USCIS Form I-797C, Receipt Number EAC-05-050-50575, for Mira Sridharan, daughter of Plaintiff, dated December 13, 2004; copies of which are attached and incorporated hereto as "Exhibit D," "Exhibit E," and "Exhibit F," respectively.

24.    On February 10, 2007, the Petitioning employer filed a USCIS Form I-907 and paid one-thousand dollars ($1000) in processing fees to have this I-140 adjudicated in fifteen (15) calendar days. *See*, USCIS Premium Processing Receipt, dated February 20, 2007, a copy of which is attached and incorporated hereto as "Exhibit G."

25.    Plaintiff and his dependants have complied with all requests made by the USCIS to complete all necessary steps for the adjudication of this I-140 petition and their I-485 adjustment applications. They have provided all of the information requested by the USCIS and have complied with all notices, including attending a Biometrics Appointment on April 14, 2005. *See* USCIS Fingerprint Notification, a

10

copy of which is attached and incorporated hereto as "Exhibit H."

26.    In July 2008, after the filing of Plaintiff's Complaint for Writ of Mandamus and for Equitable Relief, the Vermont Service Center approved Plaintiff's employer's I-140 petition.  *See* USCIS Case Status Update, a copy of which is attached and incorporated hereto as "Exhibit I."

27.    Now that Plaintiff's employer's I-140 petition is approved, his and his dependents' I-485 adjustment applications are approvable under the INA and have been unreasonably delayed by more than three (3) years. *See* Exhibit A.

**B. USCIS and FBI Security Checks**

28.    Once an Application for Adjustment of Status is filed, the FBI must conduct mandatory criminal and national security background checks before an adjudication of the petition is possible.  These security checks include the FBI NNCP check.  *See*, Declaration of Bradley J. Brouillette, Supervisory Center Adjudications Officer at the VSC, dated April 23, 2007 at page 2, a copy of which is attached and incorporated hereto as "Exhibit J."

29.    In a majority of FBI NNCP name checks, no "matches" or indications of derogatory information are found.  *See*, Exhibit J, page 2.

30.    The FBI processes USCIS-requested NNCP checks chronologically, based on the date the request was forwarded.  Initial responses to the NNCP check are generally available within two (2) weeks.  In eighty percent (80%) of applications, no "match" or derogatory information is found.  Of the remaining twenty percent (20%), most NNCP checks are resolved within six (6) months.  *See*, Exhibit J, page 6 and USCIS Fact Sheet, dated April 25, 2006, which was referenced in and incorporated into Mr. Brouillette's Declaration, at pages 2-3.

31.    Less that **one percent (1%) of cases** subject to an FBI NNCP check **remain pending longer than six (6) months**. *See*, Exhibit J, USCIS Fact Sheet, page 2.

32.    The FBI has stated, in a declaration previously submitted to this Court, that it has historically resolved approximately sixty-eight percent (68%) of NNCP name checks with a "no record" result within **seventy-two (72) hours**. Of the remaining cases, a secondary check historically has revealed a "no record" result within an additional **thirty to sixty (30-60) days** for twenty-two percent of all cases. Of the remaining ten percent of cases, less than **one percent (1%)** of USCIS cases are identified with a file containing *possible* derogatory information. *See*, Declaration of Michael A. Cannon, dated April 13, 2007 at pages 5-6, a copy of which is attached and incorporated herewith as "Exhibit K."

## C. Exhaustion of Administrative Remedies

33.    Plaintiff, by himself and through legal counsel, has made repeated inquiries regarding the status of the I-140 Petition in question. Plaintiff was advised in writing on numerous occasions that that the adjudication of the I-140 Petition was delayed because of the absence of the required security checks and has remained delayed for lack of the security check clearances, thereby delaying his and his dependents' adjustment applications.    *See*, Letter from Paul E. Novak, District Director, VSC, USCIS, dated September 1, 2005; Letter from Sandra T. Bushey, Acting Center Director, VSC, USCIS, dated November 29, 2005; Letter from Sandra T. Bushey, Acting Center Director, VSC, USCIS, dated January 25, 2006; and USCIS Vermont Service Center Letters, copies of which are attached and incorporated herewith as "Exhibit L" through "Exhibit T."

34.    Plaintiff contacted the USCIS National Customer Service line numerous times between December 2004 and January 2008, but was informed that this I-140 Petition was delayed due to security checks. *See*, Exhibit A.

35.    Plaintiff contacted his local USCIS field officers using InfoPass appointments in August 2006 and November 2006, but was informed that this I-140 Petition had been delayed since 2004, pending the completion of a FBI name check clearance. *See*, Exhibit A.

36.    Plaintiff contacted U.S. President George W. Bush on May 12, 2006, to request assistance with resolving the delay in the adjudication of this I-140 petition. His letter was forwarded to the U.S. Department of Homeland Security to address his concerns. A reply was received from the U.S. Department of Homeland Security, stating that Plaintiff and his dependants' cases have been delayed as the required investigation into their background remains open for further review. *See*, Letter from Darren K. Hipp, Acting Director of Presidential Correspondence, dated July 10, 2006, and Letter from Robert A. Fenwick, Supervisor, Customer Assistance Office, USCIS, U.S. Department of Homeland Security, dated July 24, 2006, copies of which are attached and incorporated herewith as "Exhibit U" and "Exhibit V," respectively.

37.    Plaintiff contacted U.S. Vice President Dick Cheney on August 1, 2007, to request assistance with resolving the delay in the adjudication of this I-140 petition. His letter was forwarded to the U.S. Department of Homeland Security to address his concerns. A reply was received from the U.S. Department of Homeland Security, stating that processing of Plaintiff and his dependants' cases had been delayed for required review. *See*, Letter from Fairy D. White, Supervisor, Customer Assistance Office, USCIS, U.S. Department of Homeland Security, dated September

19, 2007, a copy of which is attached and incorporated herewith as "Exhibit W."

38.    Plaintiff contacted U.S. Senator George Allen to request assistance with resolving the delay in the adjudication of this I-140 petition.  Senator Allen acknowledged Plaintiff's request for assistance in a letter and indicated he had submitted an inquiry to the USCIS.  See, Letter from U.S. Senator George Allen, dated October 18, 2006, a copy of which is attached and incorporated herewith as "Exhibit X."

39.    Plaintiff contacted U.S. Senator John McCain to request assistance with resolving the delay in the adjudication of this I-140 petition.  Senator McCain acknowledged Plaintiff's request for assistance in a letter and indicated he had forwarded Plaintiff's letter to Senator Warner, a senator from Plaintiff's home state. See, Letter from U.S. Senator John McCain, dated October 19, 2006, a copy of which is attached and incorporated herewith as "Exhibit Y."

40.    Plaintiff contacted U.S. Congressman James P. Moran to request assistance with resolving the delay in the adjudication of this I-140 petition. Congressman Moran acknowledged Plaintiff's request for assistance in a letter, but did not address the I-140 delay.  See, Letter from U.S. Congressman James P. Moran, dated October 16, 2006, a copy of which is attached and incorporated herewith as "Exhibit Z."

**D. Plaintiff's Mandamus Action**

41.    In order to obtain relief under the Mandamus Act, Plaintiff must establish that (1) his claim is "clear and certain;" (2) the duty owed is "ministerial and so plainly prescribed as to be free from doubt;" and (3) that no other adequate remedy is available.  See, Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1997)

14

42.     Plaintiff has demonstrated through the FBI's own Declaration that Defendant FBI has a non-discretionary duty to complete all USCIS-requested NNCP name checks within a reasonable time.  There is no legal authority for the argument that the FBI may choose not to complete a USCIS-requested NNCP name check. *See*, Exhibit J and Exhibit K.

43.     Plaintiff has demonstrated that his claim for relief from the FBI's inaction is clear and certain in that there is no legal authority for the FBI to justify its inaction or to refuse to complete his and his dependants' USCIS-requested NNCP name checks.

44.     The FBI's duty to complete Plaintiff and his dependants' NNCP name checks is purely ministerial in nature and so plainly prescribed by Executive Order that the Agency's duty is free from doubt.

45.     Plaintiff's exhaustion of remedies, as described above, shows that there is no other adequate remedy available to him.

## VI. INJURIES TO PLAINTIFF

46.     Plaintiff is adversely affected by the Defendant FBI's inaction described above in that his ability to travel abroad and work is restricted during the pendancy of his and his dependents' adjustment applications.   Until his and his dependants' FBI NNCP name checks are completed, Plaintiff must annually apply and pay for special travel permission and work authorizations.

47.     Plaintiff has lost a significant amount of work time while pursuing the adjudication of his and his dependents' adjustment applications, including but not limited to, making inquiries to the USCIS and FBI, meeting with his attorneys, and applying for annual work authorization renewals.

15

48.    Due to Defendant FBI's inaction described above, Plaintiff and his dependants' future naturalization (to become U.S. Citizens) has been delayed.

## VII. GROUNDS FOR RELIEF

49.    Defendant FBI's inaction and refusal to complete Plaintiff and his dependant' NNCP screens and to transmit "FBIQUERY System" responses are both arbitrary and capricious, as the FBI has a **mandatory, non-discretionary** duty, as required by law, to complete this process. 5 U.S.C. §701, 702 and 706, et seq. and 5 U.S.C. §555.

50.    Defendant FBI's inaction is a violation of the APA in that it has unlawfully withheld or unreasonably delayed action on Plaintiff and his dependants' FBI NNCP name checks.

51.    The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(I).

52.    Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. § 1361.

53.    If Plaintiff prevails under any of his claims stated herein, he is entitled to recover his attorneys' fees and costs under the EAJA, as amended, 5 U.S.C. §504 and 28 U.S.C. §2412.

## VIII. CLAIMS FOR RELIEF

54.    Defendant FBI has unreasonably delayed and failed to perform a mandatory action in completing Plaintiff and his dependants' NNCP screens and transmitting "FBIQUERY System" responses to the USCIS, thereby preventing the adjudication of **Plaintiff and his dependents' I-485 Adjustmet Applications,** which were filed over three and a half (3.5) years ago and depriving Plaintiff and his dependents of lawful permanent resident status, as well as benefits conferred there

from, including the accrual of time to apply for U.S. citizenship.

55.    Defendant FBI owes Plaintiff and his dependants the duty to act and complete their NNCP screens and transmit "FBIQUERY System" responses and has unreasonably failed to perform these duties.

56.    Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendant FBI's inaction.


WHEREFORE, Plaintiff prays that this Honorable Court:

(1)    Compel the Defendant Attorney General Mukasey and Defendant FBI Director Mueller, and those acting under them, to perform their duty to complete Plaintiff and his dependants' NNCP screens and transmit "FBIQUERY System" responses to the USCIS;

(2)    Grant such other and further injunctive or equitable relief as this Court deems proper under the circumstances; and

(3)    Grant attorney's fees, expenses and costs of court, pursuant to the EAJA.


Aron A. Finkelstein, Esquire
DC Bar No. MD25560
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff

17

## Table Of Exhibits

Affidavit of Sridharan Srinivasan – 04/28/2008................................................... Exhibit A

USCIS Receipt Notice for I-140 Application by Pegasus Consulting Group for the benefit of Sridharan Srinivasan – 12/07/2004....................................... Exhibit B

USCIS Receipt Notice for I-485 Application by Sridharan Srinivasan – 12/07/2004................................................................................................... Exhibit C

USCIS Receipt Notice for I-485 Application by Geeta Srinivasan – 12/07/2004 Exhibit D

USCIS Receipt Notice for I-485 Application by Vishwajith Srinivasan – 12/07/2004................................................................................................... Exhibit E

USCIS Receipt Notice for I-485 Application by Mira Srinivasan – 12/07/2004... Exhibit F

USCIS Receipt Notice for Premium Processing of I-140 Application by Pegasus Consulting Group for the benefit of Sridharan Srinivasan – 02/20/2007................................................................................................... Exhibit G

USCIS Fingerprint Notification for Sridharan Srinivasan – 04/14/2005............ Exhibit H

USCIS Case Status for I-140 of Sridharan Srinivasan – 07/25/2008.............. Exhibit I

Declaration of Bradley J. Brouillette – 04/23/2007............................................. Exhibit J

Declaration of Michael A. Cannon – 04/13/2007............................................... Exhibit K

Letter from Paul E. Novak, District Director – 09/01/2005...... .................... Exhibit L

Letter from Sandra T. Bushey, Acting Center Director – 11/29/2005............... Exhibit M

Letter from Sandra T. Bushey, Acting Center Director – 01/25/2006............... Exhibit N

USCIS Status Letter for Sridharan Srinivasan – 09/15/2005........................ Exhibit O

USCIS Status Letter for Sridharan Srinivasan – 02/06/2006........................ Exhibit P

USCIS Status Letter for Sridharan Srinivasan – 02/13/2006........................ Exhibit Q

USCIS Status Letter for Sridharan Srinivasan – 04/07/2006........................ Exhibit R

USCIS Status Letter for Sridharan Srinivasan – 03/19/2007........................ Exhibit S

USCIS Status Letter for Sridharan Srinivasan – 01/08/2008........................ Exhibit T

Letter from Darren K. Hipp, Acting Director of Presidential Correspondence on behalf of President George W. Bush – 07/10/2006……………………..…………    Exhibit U

Letter from Robert A. Fenwick, Supervisor, Customer Assistance Office, USCIS – 07/24/2006…………………………………………………………………    Exhibit V

Letter from F. D. White, Supervisor, Customer Assistance Office, USCIS – 09/19/2007………………………………………………….....................................    Exhibit W

Letter from U.S. Senator George Allen – 10/18/2006…………...........................    Exhibit X

Letter from U.S. Senator John McCain – 10/19/2006…..……………………...…    Exhibit Y

Letter from U.S. Congressman James P. Moran – 10/16/2006……….................    Exhibit Z

End of Exhibits

# EXHIBIT A

| State of Virginia | ) | |
|---|---|---|
| | ) | SSN: 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 |
| County of Fairfax | ) | |

## AFFIDAVIT

I, Sridharan Srinivasan, after being duly sworn, do hereby state and affirm that:

1. I am a citizen and national of India, aged 49 years, and am competent to testify to the facts herein.

2. I reside at 7430 Colshire Drive, Apt. #4, McLean, VA  22102.

3. My date of birth is May 31, 1958, and I was born in Kalpakkam, India.

4. My alien number is A98-646-817.

5. My employer, Pegasus Consulting Group, filed on my behalf a Form I-140 Immigrant Petition for Alien Worker, on December 7, 2004, with the U.S. Citizenship and Immigration Service (USCIS) Vermont Service Center, Receipt Number EAC-05-050-50640.

6. On December 7, 2004, I concurrently filed my Form I-485 Application to Adjust to Permanent Resident status, Receipt Number EAC-05-050-50598.

7. On February 10, 2007, I submitted a request to premium process this I-140 petition (requiring processing within fifteen calendar days), yet it has remained pending since December 7, 2004.

8. I have completed all steps and complied with all USCIS requests regarding my case.

9. I have been informed by multiple U.S. government sources that my employer's I-140 Petition is being delayed because of an unreasonable agency delay, in that the Federal Bureau of Investigations (FBI) has not completed my National Name Check Program (NNCP) clearance and generated a "FBIQUERY System" response, which is required before the USCIS may approve this I-140 Petition.

10. I have made numerous requests regarding the status of this delayed I-140 Petition including:

    a. Contacting the USCIS' Vermont Service Center (VSC);

    b. Contacting the USCIS' VSC Premium Processing Unit;

    c. Making an official inquiry with U.S. President George W. Bush (assigned case number 557881);

    d. Making an official inquiry with U.S. Vice President Dick Cheney (assigned case number 720620);

    e. Making an official inquiry with U.S. Senator George Allen;

    f.  Making an official inquiry with U.S. Senator John McCain;

    g.  Making an official inquiry with U.S. Congressman James P. Moran; and

    h.  Attending InfoPass appointments at my local USCIS field office.

11. Despite these repeated attempts, and a delay of over three (3) years and four (4) months, my employer's I-140 Petition has not been adjudicated due to an FBI NNCP processing delay.

12. The FBI's unreasonable delay in completing my NNCP check is preventing me from having my employer's I-140 petition and my I-485 Application adjudicated and is preventing me from becoming a lawful permanent resident and, eventually, a U.S. citizen.

I AFFIRM under penalty of perjury and upon personal knowledge that the above statements and facts are true and accurate to the best of my knowledge, information and belief.

Signature: _____
Sridharan Srinivasan

Date: _____04/28/2008_____

STATE OF _California_ CITY/COUNTY OF _Los Angeles_, TO WIT :

I HEREBY CERTIFY THAT on this 28 day of _April_, 2008, before me, a Notary Public of the aforesaid State and City/County, personally appeared _Sridharan Srinivasan_, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, who acknowledged that s/he has executed it for the purposes therein set forth.

_____
NOTARY PUBLIC

ARDESHIR TABRIZI
Commission # 1606638
Notary Public - California
Los Angeles County
My Comm. Expires Sep 15, 2009

# EXHIBIT B

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| EAC-05-050-50640 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIVED DATE December 7, 2004 | PRIORITY DATE | PETITIONER PEGASUS CONSULTING GROUP |
| NOTICE DATE December 13, 2004 | PAGE 1 of 1 | BENEFICIARY A98 646 817 SRINIVASAN, SRIDHARAN |

PAUL R. RAJAN ESQ
PAUL R RAJAN & ASSOCIATES
50 BRIDGE STREET BLDG A SUITE 50
METUCHEN NJ 08840

**Notice Type:  Receipt Notice**

Amount received: $  190.00
Section: Skilled Worker or
         Professional,
         Sec.203(b)(3)(A)(i) or (ii)

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at uscis.gov.
  - On our website you can also sign up to get free e-mail updates as we complete key processing
    steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be
    working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you.
  - If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current
    processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you
contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States. Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:** (800) 375-5283



# EXHIBIT C

Department of Homeland Security 074-HHK    Document 8-5    Filed 07/25/2008    Page 2 of 2

U.S. Citizenship and Immigration Serv.                                                    I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-050-50598 | | CASE TYPE    I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 7, 2004 | PRIORITY DATE | APPLICANT    A98 646 817<br>SRINIVASAN, SRIDHARAN |
| NOTICE DATE<br>December 13, 2004 | PAGE<br>1 of 1 | |

| | |
|---|---|
| PAUL R. RAJAN ESQ<br>PAUL R RAJAN & ASSOCIATES<br>50 BRIDGE STREET BLDG A SUITE 50<br>METUCHEN NJ 08840 | Notice Type:   Receipt Notice<br><br>Amount received: $  385.00<br>Section: Adjustment as direct<br>          beneficiary of immigrant<br>          petition |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing
  steps on this case.
- Most of the time your case is pending the processing status will not change because we will be
  working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
  If you move while this case is pending, call customer service when you move.
- Processing times can change.  If you don't get a decision or update from us within our current
  processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you
contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



**EXHIBIT D**

J. S. Citizenship and Immigration Services

IF ONLY    HOME    WHAT'S NEW    FAQS    SEARCH    GLOSSARY    FEEDBACK    TRANSLATE    OMBUDSMAN

Immigration Services
nl Benefits

National Customer
Service Call Center
(NCSC)

Call Sample and
Information

Case Status Online

   Case Status
   Search

   Register

   Login

   Case Status
   FAQs

## Case Status

Receipt Number: eac0505050583 - *Greeta*

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

On March 26, 2005, we responded to your request for more information concerning your case. If you have not received our response within 30 days from this date, please call customer service at 1-800-375-5283.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

04-05-2005 10:45 AM EDT

# EXHIBIT E

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-050-50564 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 7, 2004 | PRIORITY DATE | APPLICANT   A98 646 814<br>SRIDHARAN, VISHWAJITH |
| NOTICE DATE<br>December 13, 2004 | PAGE<br>1 of 1 | |

VISHWAJITH SRIDHARAN
C/O SRIDHARAN SRINIVASAN
6 WINDING WOOD DRIVE 2A
SAYREVILLE NJ 08872

**Notice Type:**  Receipt Notice

**Amount received: $  215.00**
**Section:** Adjustment as direct
           beneficiary of immigrant
           petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at **uscis.gov**.
  - On our website you can also sign up to get free e-mail updates as we complete key processing
    steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be
    working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you.
  - If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current
    processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you
contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States. Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel**
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



# EXHIBIT F



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-050-50575 | | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 7, 2004 | PRIORITY DATE | APPLICANT   A98 646 815<br>SRIDHARAN, MIRA |
| NOTICE DATE<br>December 13, 2004 | PAGE<br>1 of 1 | |

| | |
|---|---|
| MIRA SRIDHARAN<br>C/O SRIDHARAN SRINIVASAN<br>6 WINDING WOOD DRIVE 2A<br>SAYREVILLE NJ 08872 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 215.00<br>Section: Adjustment as direct<br>beneficiary of immigrant<br>petition |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 11/28/00) N

# EXHIBIT G

**Peggy Dozsa**

| | |
|---|---|
| **From:** | Processing, Vermont Premium [VermontPremium.Processing@dhs.gov] |
| **Sent:** | Tuesday, February 20, 2007 4:10 PM |
| **To:** | peggyd@murthy.com |
| **Subject:** | EAC0505050640- Premium Processing Receipt |

The Vermont Service Center has received the following
I-140 Immigrant Petition for Alien Worker
that had been filed under the Premium Processing Service:

Receipt Number: EAC0505050640
Date Received: 02/10/2007
Petitioner: PEGASUS CONSULTING GROUP
Priority Date: To Be Determined
Beneficiary: SRIDHARAN  SRINIVASAN

The Form I-797 Receipt Notice will follow in the mail.

The Vermont Service Center will adjudicate this case within
15 calendar days of the "received date" set forth above.
If approved, you will receive e-mail notification of such.
If we require additional evidence, we will fax said request
to the fax number provided on your completed I-907 Request
for Premium Processing Form.

Please do not reply directly to this message. The e-mail
account used to send this message is used by the Service
Center only to send messages notifying filers of premium
processing case information.

If any of the information above is incorrect, please contact
a Vermont Service Center Premium Processing Unit customer
representative by forwarding this message with your comments
to vsc-premium.140@dhs.gov or by calling
1-(866) 315-5718. Please note that the e-mail address and
phone number listed above are designated for premium
processing issues only.

Thank you for using the USCIS Premium Processing Service.

# EXHIBIT H

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
|---|---|
| | 02/28/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | | A098646817 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| EAC0505050598 | 3 | ESC | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

SRIDHARAN SRINIVASAN
c/o PAUL   RAJAN ESQ
PAUL R RAJAN & ASSOCIATES
50 BRIDGE STREET BLDG A SUITE 50
METUCHEN, NJ 08840

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NEWARK | 04/14/2005 |
| 24 COMMERCE STREET | 8:00 AM |
| 100 | |
| NEWARK, NJ 07102 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:     ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS NEWARK
24 COMMERCE STREET
100
NEWARK, NJ 07102

If you have any questions regarding this notice, please call 1-800-375-5283

**APPLICATION NUMBER**
EAC0505050598

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:          ON
TENPRINTS QA REVIEW BY:
                    ON

APPLICANT COPY

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

Form I-797 (Rev. 08/31/04) N

# EXHIBIT I

# Case Status Search

Receipt Number:    EAC0505050640

Application Type:    I140, IMMIGRANT PETITION FOR ALIEN WORKER

Current Status:
Case approved; approval notice e-mailed.

On July 23, 2008, this I140 IMMIGRANT PETITION FOR ALIEN WORKER was approved and we sent you an e-mail notice. Please follow any instructions on the notice. If you move before you receive the notice, call customer service.

_____

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

# EXHIBIT J

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Zaigang Liu,                                    )   Case No.: 1:07CV00263
                                                )
            Plaintiff,                          )
      vs.                                       )   Declaration of Bradley J. Brouillette
                                                )
Paul Novak, Director, Vermont Service Center    )
U.S Department of Homeland Security, U.S.       )
Citizenship and Immigration Services; Emilio    )
Gonzalez, Director, U.S. Citizenship and        )
Immigration Services; Robert S. Mueller, III,
Director, Federal Bureau of Investigation,

            Defendants.

I, BRADLEY J. BROUILLETTE declare as follows:

1.    I am employed by the United States Citizenship and Immigration Services (hereinafter

      "USCIS") as a Supervisory Center Adjudications Officer at the Vermont Service Center

      (hereinafter "VSC"), in St. Albans, Vermont. I have held this position since December

      2003. I have been employed by the agency in various capacities since November 1995. I

      make this declaration based on my personal knowledge and my review of official

      documents and records maintained by the USCIS. If called to testify, I could and would

      do so competently.

2.    This declaration is submitted in support of Defendants' motion to dismiss in the case of

      Zaigang Liu v. Novak et al., 1:07CV00263, now pending before the United States

      District Court for the District of Columbia. It provides a factual summary of the agency's

      adjudication policy as well as a review of the plaintiff's file.

1

3.     When a visa petition or other application seeking an immigration benefit on behalf of an
alien is filed with USCIS, the agency conducts numerous mandatory criminal and
national security background checks.  These checks are conducted both to enhance
national security and ensure the integrity of the immigration process.  These security and
background checks serve to screen out aliens who may seek to harm the United States
and its citizens or who may be seeking immigration benefits improperly or fraudulently.
These security checks have yielded information about applicants involved in violent
crimes, sex crimes, crimes against children, drug trafficking and individuals with known
links to terrorism.  Pursuant to established agency policy, all required security checks
must be completed prior to adjudication of the application.

4.     The attached Fact Sheet explains the different types of checks that must be completed.
(See Fact Sheet, dated April 25, 2006, a true and correct copy of which is attached
hereto as Exhibit 1).  The checks include the FBI Name Check, FBI fingerprint check,
and the DHS-managed Interagency Border Inspection System (IBIS).  The records
maintained in the FBI name check process consist of administrative, applicant, criminal,
personnel and other files compiled by law enforcement agencies.  Although in the
majority of FBI name checks no matches are found, some cases involve complex or
highly sensitive information and cannot be resolved quickly.  The IBIS system contains
records and information from more than 20 federal law enforcement and intelligence
agencies including the Central Intelligence Agency (CIA), FBI and other divisions of the
U.S. Department of Justice, the Department of State, DHS Customs and Border
Protection (CBP) and other DHS agencies.  It is a multi-agency effort with a central
system that combines information from these various sources and databases to compile
information regarding national security risks, public safety concerns, and other law
enforcement concerns.  IBIS provides, but is not limited to, information related to
persons who are wanted criminals, persons of interest in the context of national security,
and other derogatory information, including adverse immigration history.  While the

2

1    results of an IBIS query are usually available immediately, in some cases information

2    found will require further investigation. Finally, FBI fingerprint checks provide

3    information relating to criminal background within the United States. Results are

4    usually received within days and while the vast majority results in no criminal record,

5    positive results may have a direct bearing on the eligibility of an applicant for the

6    immigration benefit being sought.

7    5.    Once USCIS receives an I-485 a file is opened and an electronic record of that

8    application is created. Much of this initial electronic processing and data entry is

9    automated, including the automatic generation and electronic transmission of a FBI name

10   check request in FBIQUERY, the FBI repository and tracking system for FBI Name

11   Check requests. Once the initial file creation and processing of an I-485 application is

12   complete, each file is placed on an I-485 pending shelf for processing and adjudication in

13   

14   chronological order according to date of receipt.

15   6.    Due to bi-specialization, the VSC no longer accepts any new I-485 applications. All

16   pending cases being held for FBI name and date of birth check clearance and Visa

17   Availability have been sent to the Texas Service Center. The VSC has retained

18   approximately 15,000 pending cases in which the adjudicative process had already begun

19   and the adjudication of those cases will be completed at the VSC.

20   

21   7.    VSC periodically runs an electronic report in FBIQUERY system for all files on the I-

22   485 pending shelf to confirm the successful transmission of the FBI Name Check request

23   and to identify those applications that have received responses from the FBI name checks

24   and FD-258 (fingerprints) and are thus ready for adjudication. FBI name check requests

25   that have been received by the FBI but have not yet been completed are indicated by a

26   notation of "Pending" in FBIQUERY. An FBI Name Check that has been completed will

27   

3

1    be indicated by various entries depending on the result, including No Record, Positive

2    Response, etc.

3   8.   This report will also identify those I-485 applications that have received a "No Data" or

4    "Error" response in FBIQUERY indicating a problem with transmission of the name

5    check request from USCIS to the FBI. If such a problem is reported, the FBI name check

6    requests will then be initiated a second time and resent manually or electronically to the

7    FBI for a response. In this way USCIS ensures that the FBI has in fact received all

8

9    requests for name checks.

10   9.   All files on the FBI Name Check Shelf are audited regularly in order to identify those in

11    which a response from the FBI has been received. This audit is conducted at least every

12    three weeks or more often. In this manner the agency ensures that as FBI responses are

13    received, files are expeditiously released for adjudication. FBIQUERY reports do not

14    provide USCIS with any indication as to what information the FBI may have relating to a

15

16    particular alien, whether an FBI investigation into the particular alien has been

17    undertaken, or whether there are national security concerns relating to that alien.

18   10.   For most applicants, USCIS can quickly determine if there are criminal or security

19    related issues in the applicant's background that affect eligibility for immigration

20    benefits. However, due both to the sheer volume of security checks USCIS conducts,

21    and the fact that USCIS must await responses from the FBI or other relevant agencies

22    that conduct some of the required security checks, some delays on individual

23    applications are unavoidable and may be lengthy. Moreover, in some cases a

24    background or security check will reveal that positive (derogatory) information on the

25    subject alien is possessed by some agency other than USCIS without necessarily

26    revealing the substance of that information. In such cases, USCIS works closely with

27    the other law enforcement or intelligence agencies to obtain all available information

4

1   concerning the positive result in order to properly evaluate its significance. Even where

2   the FBI or a third agency has provided a final response, a case may still be considered

3   pending where the response requires further investigation or review by USCIS or

4   another agency.   It is vitally important to thoroughly screen each applicant in order to

5   resolve all concerns of a law enforcement or national security nature before determining

6   that an individual is eligible for an immigration benefit.

7   11.   The agency's policy for requesting expedited security checks requires that the applicant

8   meet one of the following criteria:

9       1.   Military Deployment.

10      2.   Age-out cases not covered by the Child Status Protection Act and applications

11          affected by sunset provisions such as the Diversity Visa Program.

12

13      3.   Compelling reasons provided by the requesting office such as critical medical

14          conditions.

15      4.   Loss of Social Security benefits or other subsistence at the discretion of the

16          Director.

17   U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the

18   FBI to expedite a name check when the only reason for the request is that a mandamus

19   (or other federal court petition) is filed in the case.

20

21   12.   USCIS reports the average processing times for specific applications and petitions on the

22   USCIS website.  This information reflects only average processing times on the date the

23   information is published.  Average processing times fluctuate widely and will sometimes

24   even regress for a specific form type due to a number of factors, including a reallocation

25   of agency resources, reordering of the agency's priorities, and other reasons.

26   Additionally, not every application will require the same level of inquiry.  Some may

27

5

require a more detailed level of review and or investigation from either the USCIS or other agencies for a number of reasons ranging from the alien's eligibility for the benefit sought to national security concerns. Accordingly, even when it appears that the adjudication of a particular application is outside the average processing time, this does not establish that the delay is unreasonable or even due to factors within the control of USCIS.

13. The FBI has an established process of processing FBI Name Check requests from USCIS chronologically based on the date the request is forwarded. As stated above, certain requests can be expedited if they meet specific expedite criteria. However, it is important to note that whenever a particular application or petition receives expedited processing and is moved up in the queue, it is at the expense of those still unadjudicated petitions or applications that bear an earlier filing date. There is no statutory or regulatory time limit for the adjudication of I-485s. Moreover, an alien who has applied for adjustment of status may apply for and obtain employment authorization for the entire time his or her application is pending. Most applicants for adjustment of status may also apply for and obtain advance parole to enable them to travel abroad during the pendency of their application. Thus, applicants for adjustment of status are not as adversely affected by delays in the adjudication of their applications as are aliens filing for other immigration benefits.

14. In my capacity as a Supervisory Center Adjudications Officer at the VSC, I have access to the official files and records of the USCIS. I have reviewed the system records for plaintiff LIU, Zaigang, A97 486 586. The record reflects that on July 23, 2003, plaintiff Liu filed an application for adjustment of status to permanent resident on Form I-485.

6

1  Plaintiff seeks adjustment as a derivative beneficiary on an approved I-140 employment

2  based visa petition for his spouse Lu Zhang. To date, plaintiff's application remains

3  pending the completion of security checks. Once the required security checks are

4  completed, the plaintiff's application will be adjudicated.

5
15.  Because the plaintiff's case does not meet one of the above-mentioned expedite criteria,
6
the agency is unable to request an expedite of the security check clearance on his behalf.
7
For this reason the USCIS cannot adjudicate plaintiff's I-485 application for adjustment
8
of status until such time as all security checks are complete.
9

10

11  I declare under penalty of perjury that the foregoing is true and correct. Executed this

12  23rd day of April, 2007 at St. Albans, Vermont.

13

14

15

16                              Bradley J. Brouillette
17                              Supervisory Center Adjudications Officer
                                Vermont Service Center
18

19

20

21

22

23

24

25

26

27

7

# EXHIBIT K

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZIAGANG LIU,                            )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Case No:
                                        )        07-CV-00263
PAUL NOVAK,                             )
            et al.,                     )
                                        )
            Defendants.                 )

## DECLARATION OF MICHAEL A. CANNON

Michael A. Cannon, pursuant to 28 U.S.C. § 1746, declares the following:

(1)    I am currently the Section Chief of the National Name Check Program Section at the Headquarters of the Federal Bureau of Investigation ("FBI") in Washington, D.C. I have held that position since March 7, 2005.

(2)    In my current capacity as Section Chief, I supervise the National Name Check Units. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the policy and the procedures of the United States Citizenship and Immigration Services ("USCIS"). Specifically, I am aware of the name check request for Zaigang Liu, the plaintiff in this civil action.

## NATIONAL NAME CHECK PROGRAM

(4)    The National Name Check Program ("Program") has the mission of disseminating information from the FBI's Central Records System in response to requests submitted by federal agencies, congressional committees, the federal judiciary, friendly foreign

police and intelligence agencies, and state and local criminal justice agencies. The Central Records System ("CRS") contains the FBI's administrative, personnel, and investigative files. The Program has its genesis in Executive Order No. 10450, issued during the Eisenhower Administration. That executive order addresses personnel security issues and mandates National Agency Checks as part of the pre-employment vetting and background investigation process for prospective Government employees. The FBI performs the primary National Agency Check conducted on all United States Government employees. From this modest beginning, the Program has grown exponentially, with more and more customers seeking background information from FBI files on individuals before bestowing a privilege, such as Government employment or an appointment, a security clearance, attendance at a White House function, a "green card" or naturalization, admission to the bar, or a visa. More than 70 federal, state, and local agencies regularly request FBI name searches. In addition to serving our regular Government customers, the FBI conducts numerous name searches in direct support of the FBI's counterintelligence, counterterrorism, and homeland security efforts.

## EXPLANATION OF THE CENTRAL RECORDS SYSTEM

(5)    The FBI's CRS enables the FBI to maintain all information which it has acquired in the course of fulfilling mandated law enforcement responsibilities. The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter. Certain records in the system are maintained at FBI Headquarters. Records which are pertinent to specific FBI Field Offices are mostly maintained at those Field Offices.

(6)    FBI Headquarters and each Field Division can access the CRS through the FBI's General Indices. The General Indices are arranged in alphabetical order and consist of indices on various subjects, including the names of individuals and organizations. Only the information considered pertinent, relevant, or essential for future retrieval is indexed.

2

(7)   Communications directed to FBI Headquarters from various Field Offices and Legal Attaches are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations which are listed in the case captions or titles as subjects, suspects, or victims. Searches made in the index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(8)   The entries in the General Indices fall into two categories:

(a)   "main" entries – entries that carry the name corresponding with the subject of a file contained in the CRS.

(b)   "reference" entries – entries (sometimes called "cross-references") that generally only mention or reference an individual, organization, etc., that is contained in a document located in another "main" file.

(9)   In 1995, the FBI implemented the Automated Case Support ("ACS") system for its Headquarters, Field Offices, and Legal Attaches. More than 105 million records were converted from automated systems previously utilized by the FBI. The ACS system consists of the following three automated applications that support case management functions for all investigative and administrative cases:

(a)   Investigative Case Management: This application provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin, which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices. When a case is opened, it is assigned a Universal Case File Number, which is utilized by FBI Headquarters and all offices conducting or assisting in the investigation. Using fictitious file number "111-HQ-12345" as an example, an explanation of the Universal Case File Number is as follows: "111" indicates the classification for that specific type of investigation; "HQ" is the abbreviated form used for the Office of Origin of the investigation (in this case, FBI Headquarters); and "12345" indicates the individual case file number for that particular investigation.

(b)   Electronic Case File: This application serves as the central electronic repository for the FBI's official text-based documents. It supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the

3

computerized system. All serials originated by the Office
of Origin are maintained in the Office of Origin's case file.

(c)    Universal Index: This application, sometimes referred to as
"UNI", continues the universal concepts of the ACS system
by providing a complete subject/case index to all
investigative and administrative cases. Only the Office of
Origin is required to index. However, the Lead Offices
may index additional information as needed. The Universal
Index, which consists of an index of approximately 98.2
million records, functions to index names to cases, and to
search names and cases for use in the FBI investigative and
administrative cases. Names of individuals or entities are
recorded with identifying information such as the date or
place of birth, race, sex, locality, social security number,
address, or date of event.

(10)    The decision to index names other than subjects, suspects, and victims is a
discretionary decision made by the investigative FBI Special Agent, the supervisor in the field
division conducting the investigation, and the supervising FBI Special Agent at FBI
Headquarters. The FBI does not index every name in its files, but indexes only that information
considered pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this
mass information, information essential to ongoing investigations could not be readily retrieved.
The FBI files would thus be merely archival in nature and could not be effectively used to serve
the mandated mission of the FBI, which is to investigate violations of federal criminal statutes.
Therefore, the General Indices to the CRS files are the means by which the FBI can determine
what retrievable information, if any, the FBI may have in its CRS files on a particular subject
matter.

(11)    When the FBI searches a person's name, the name is electronically
checked against the FBI's Universal Index. The searches seek all instances of the individual's
name, social security number, and dates close to his or her date of birth, whether a main file or
reference. As previously stated, any "main" file name would be that of an individual who is,
himself or herself, the subject of an FBI investigation, whereas any "reference" would be an
individual whose name appears as part of an FBI investigation. For example, "references"
include associates, witnesses, or conspirators. Additionally, there may be a myriad of other

4

reasons to explain why an FBI Special Agent conducting an investigation believed it important to include a particular name in the FBI's index for later recovery. The names are searched in a multitude of combinations, switching the order of first, last, and middle names, as well as combinations with only the first and last names, first and middle names, and so on. The Program application searches names phonetically against the Universal Index records and retrieves similar spelling variations (which is especially important considering that many names in our indices have been transliterated from a language other than English).

(12)    If there is a match with a name in a FBI record, it is designated as a "Hit," meaning that the system has stopped on a possible match with the name being checked. If a search comes up with a match to a name and either a birth date or social security number, it is designated an "Ident."

## RESOLUTION RATE

(13)    Historically, approximately 68 percent of the name checks submitted by USCIS are electronically checked and returned to USCIS as having "No Record" within 48-72 hours. A "No Record" indicates that the FBI's Universal Index database contains no identifiable information regarding a particular individual. Duplicate submissions (i.e., identically spelled names with identical dates of birth and other identical information submitted while the original submission is still pending) are not checked, and the duplicate findings are returned to USCIS within 48-72 hours.

(14)    For the name check requests that are still pending after the initial electronic check, additional review is required. A secondary manual name search completed typically within 30-60 days historically identifies an additional 22 percent of the USCIS requests as having "No Record," for a 90 percent overall "No Record" response rate. The results of this 22 percent also are returned to USCIS. The remaining 10 percent are identified as possibly being the subject of an FBI record. At that point, the FBI record must be retrieved and reviewed. If the record was electronically uploaded into the FBI's ACS electronic record-keeping system, it can be reviewed quickly. If not, however, the relevant information must be retrieved from an

5

existing paper record. Review of this information will determine whether the information is identified with the request. If the information is not identified with the request, the request is closed as a "No Record" and USCIS is so notified.

(15)    Once a record is retrieved, the FBI reviews the file for possible derogatory information. Less than one percent of USCIS's requests are identified with a file containing possible derogatory information. If appropriate, the FBI forwards a summary of the derogatory information to USCIS.

## GROWTH OF THE NAME CHECK PROGRAM

(16)    Prior to September 11, 2001, the FBI processed approximately 2.5 million name check requests per year. As a result of the FBI's post-9/11 counterterrorism efforts, the number of FBI name checks has grown. For fiscal year 2006, the FBI processed in excess of 3.4 million name checks.

## USCIS NAME CHECK REQUESTS

(17)    In November 2002, heightened national security concerns prompted a review of the former Immigration and Naturalization Service's ("INS's") procedures for investigating the backgrounds of individuals seeking immigration benefits. It was determined that deeper, more detailed clearance procedures were required to protect the people and the interests of the United States effectively. One of the procedures identified was the FBI's name check clearance. Before November 2002, only those "main" files that could be positively identified with an individual were considered responsive to the immigration authorities name check requests. However, because that approach ran a risk of missing a match to a possible derogatory record, the FBI altered its search criteria to include "reference" files, as well. From a processing standpoint, this meant the FBI was required to review many more files in response to each individual background check request.

(18)    In December of 2002 and January of 2003, the former INS resubmitted 2.7 million name check requests to the FBI for background investigations of all individuals with then-pending applications for immigrations benefits for which the Immigration and Nationality

Act required background investigations. Those 2.7 million requests were in addition to the regular submissions by the former INS. Currently, the FBI has returned an initial response to all 2.7 million resubmitted requests. Moreover, although many of the FBI's initial responses to those resubmitted requests indicated that the FBI had no information relating to the specific individual who was the subject of the request, approximately 16 percent – or over 440,000 – resubmitted requests indicated that the FBI may have information relating to the subject of the inquiry. The FBI is still in the process of resolving those 440,000 requests.

(19)    The FBI's processing of those 440,000 resubmissions has delayed the processing of regular submissions from USCIS. As directed by USCIS, the FBI processes name check requests on a "first-in, first-out" basis unless USCIS directs that a particular name check be expedited.

(20)    The FBI cannot provide a specific or general time frame for completing any particular name check submitted by USCIS. The processing of name checks, including those which are expedited, depends upon a number of factors, including where in the processing queue the name check lies; the workload of the analyst processing the name check; the volume of priority checks the analyst must process for, among others, military call-ups, medical emergencies, "age-outs," or immigration "lottery" winners; the number of "Hits," (i.e., possible matches) that must be retrieved, reviewed and resolved; the number of records from various Field Offices that must be retrieved, reviewed and resolved; and, more generally, the staff and resources available to conduct the checks. While the FBI is sensitive to the impact of the delays in processing name check requests, the consequence of the FBI's mission on homeland security requires that its name check process be primarily focused on providing accurate and thorough results. When the name check is completed, the FBI provides the results to USCIS as quickly as possible.

(21)    It is important to note that the FBI does not adjudicate applications for benefits under the Immigration and Nationality Act. If appropriate, the FBI generally provides a summary of available information to USCIS for its adjudication process.

## PLAINTIFF'S NAME CHECK REQUEST

(22)   The name check request for plaintiff Zaigang Liu was received by the FBI from USCIS on or about March 30, 2004, and has not been completed. The FBI is performing its check in response to USCIS's request in accordance with procedures outlined above. The results of the name check will be forwarded to USCIS in Washington, D.C., in due course, in accordance with the FBI's normal protocol.

(23)   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _13th_ day of April 2007.

MICHAEL A. CANNON
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

8

# EXHIBIT L

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001



**US Citizenship
and Immigration
Services**

# FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **TO:** | PAUL RAJAN | **FAX:** | (732) 283-1877 |
| **FROM:** | VERMONT SERVICE CENTER | **FAX:** | (802) 527-4816 |
| **DATE:** | September 1, 2005 | | |
| **SUBJECT:** | A File Number: A98646817<br>File Receipt Number: EAC0505050640<br>Applicant/Petitioner: PBGASUS CONSULTING<br>GROUP<br>Beneficiary: SRIDHARAN SRINIVASAN | **PAGES:** | 1 |

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

*Paul E. Novak J.*

Paul E. Novak, Jr.
Center Director
VSC05082900532

---

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you received this communication in error, please notify the sender immediately and return the communication at this address above via the United States Postal Service. Thank you.

www.uscis.gov

# EXHIBIT M



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship
and Immigration
Services**

# FACSIMILE TRANSMISSION

| TO: | PAUL RAJAN | FAX: | (732) 283-1877 |
|---|---|---|---|
| FROM: | VERMONT SERVICE CENTER | FAX: | (802) 527-4816 |
| DATE: | November 29, 2005 | | |
| SUBJECT: | A File Number: A98646817<br>File Receipt Number: EAC0505050640<br>Applicant/Petitioner: PEGASUS CONSULTING<br>GROUP<br>Beneficiary: SRIDHARAN SRINIVASAN | PAGES: | 1 |

The processing of your petition/application has been delayed. We are awaiting further information from another office to assist us in the final adjudication of this case. As soon as this information is received, processing will continue on this case.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director
VSC0511290067J

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you received this communication in error, please notify the sender immediately and return the communication at this address above via the United States Postal Service. Thank you.

www.uscis.gov

# EXHIBIT N



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship
and Immigration
Services**

January 25, 2006

PAUL RAJAN ESQ
RAJAN & RAJAN
1419 OAK TREE ROAD
ISELIN NJ  08830

A File Number: A98646817
File Receipt Number: EAC0505050640
Beneficiary: SRIDHARAN SRINIVASAN

Dear Sir or Madam:

The processing of your petition/application has been delayed.  We are awaiting further information from another office to assist us in the final adjudication of this case.  As soon as this information is received, processing will continue on this case.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283.  If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov.  You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE:  Please remember that every person, over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move.  To do this, please complete and mail in Form AR-11.

Sincerely,

Sandra T. Bushey
Acting Center Director
VSC06012500460/220505

# EXHIBIT O



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Thursday, September 15, 2005

PAUL RAJAN
PAUL R RAJAN AND ASSOC
A-50 BRIDGE ST
METUCHEN NJ 08840

**ATTORNEY/PARALEGAL COPY**

PEGASUS CONSULTING GROUP INC
90 WOODBRIDGE CENTER DR
WOODBRIDGE NJ 07095

Dear PEGASUS CONSULTING GROUP INC :

On 08/04/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | BINDRA, KAVITA |
| **Caller indicated they are:** | An attorney |
| **Attorney Name:** | PAUL RAJAN |
| **Case type:** | I140 |
| **Filing date:** | 12/04/2004 |
| **Receipt #:** | EAC-05-050-50640 |
| **Beneficiary (if you filed for someone else):** | SRINIVASAN, SRIDHARAN |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

U.S. CIS - 09-15-2005 12:32 PM EDT - EAC-05-050-50640

**EXHIBIT P**



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Monday, February 6, 2006

PAUL RAJAN
PAUL R RAJAN AND ASSOC
A-50 BRIDGE ST
METUCHEN NJ 08840

**ATTORNEY/PARALEGAL COPY**

PEGASUS CONSULTING GROUP INC PEGASUS CONSULTING GROUP INC
PEGASUS CONSULTING GROUP
90 WOODBRIDGE CENTER DR
WOODBRIDGE NJ 07095

Dear PEGASUS CONSULTING GROUP INC
PEGASUS CONSULTING GROUP INC:

On 01/19/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | BINDRA, KAVITA |
| **Caller indicated they are:** | An attorney |
| **Attorney Name:** | PAUL RAJAN |
| **Case type:** | I140 |
| **Filing date:** | 12/04/2004 |
| **Receipt #:** | EAC-05-050-50640 |
| **Beneficiary (if you filed for someone else):** | SRINIVASAN, SRIDHARAN |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

We have updated your address in our systems and on your pending I-140 petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

The processing of your Immigrant Petition for Alien Worker (Form I-140) has been delayed. We are awaiting further information from another office to assist us in the final adjudication of this case. As soon as this information is received, processing will continue on this case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

U.S. CIS - 02-06-2006 10:59 AM EST - EAC-05-050-50640

# EXHIBIT Q

Premium Processing #

1 866 315 5718 (1)(1)



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Monday, February 13, 2006

PAUL RAJAN
PAUL R RAJAN AND ASSOC
50 BRIDGE ST Bldg A Suite 50
METUCHEN NJ 08840

**ATTORNEY/PARALEGAL COPY**

PEGASUS CONSULTING GROUP INC
90 WOODBRIDGE CENTER DR
WOODBRIDGE NJ 07095

Dear PEGASUS CONSULTING GROUP INC :

On 02/02/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | BINDRA, KAVITA |
| **Caller indicated they are:** | An attorney |
| **Attorney Name:** | PAUL RAJAN |
| **Case type:** | I140 |
| **Filing date:** | 12/04/2004 |
| **Receipt #:** | EAC-05-050-50640 |
| **Beneficiary (if you filed for someone else):** | SRINIVASAN, SRIDHARAN |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

U.S. CIS - 02-13-2006 02:12 PM EST - EAC-05-050-50640

**EXHIBIT R**

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Friday, April 7, 2006

SRIDHARAN SRINIVASAN
7430 COLSHIRE DR APT 4
MCLEAN VA 22102

Dear SRIDHARAN SRINIVASAN:

On 03/07/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/13/2004 |
| **Receipt #:** | EAC-05-050-50598 |
| **Beneficiary (if you filed for someone else):** | SRINIVASAN, SRIDHARAN |
| **Your USCIS Account Number (A-number):** | A098646817 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 04-07-2006 09:30 AM EDT - EAC-05-050-50598

# EXHIBIT S

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Monday, March 19, 2007

SRIDHARAN SRINIVASAN
7430 COLSHIRE DR APT 4
MCLEAN VA 22102

Dear SRIDHARAN SRINIVASAN:

On 12/08/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/13/2004 |
| **Receipt #:** | EAC-05-050-50598 |
| **Beneficiary (if you filed for someone else):** | SRINIVASAN, SRIDHARAN |
| **Your USCIS Account Number (A-number):** | A098646817 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT T

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

 **U.S. Citizenship
and Immigration
Services**

Tuesday, January 8, 2008

SRIDHARAN SRINIVASAN
7430 COLSHIRE DR, APT 4
MC LEAN VA 22102

Dear Sridharan Srinivasan:

On 01/08/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/13/2004 |
| **Receipt #:** | EAC-05-050-50598 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A098646817 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 01-08-2008 12:57 PM EST - EAC-05-050-50598

# EXHIBIT U

# THE WHITE HOUSE
### WASHINGTON

July 10, 2006

Mr. Sridharan Srinivasan
Apartment 4
7430 Colshire Drive
Mc Lean, Virginia 22102

Dear Mr. Srinivasan:

On behalf of President George W. Bush, thank you for your letter.

The White House is sending your inquiry to the Department of Homeland Security. This agency has the expertise to address your concerns. They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Darren K. Hipp
Acting Director of
Presidential Correspondence

# EXHIBIT V

(1) (2) (2) (6) (2) (4)

U.S. Department of Homeland Security
Washington, DC 20528

 **U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2.1-C

JUL 2 4 2006

Mr. Sridharan Srinivasan
Apartment 4
7430 Colshire Drive
McLean, VA 22102

Dear Mr. Srinivasan

Thank you for your correspondence dated May 12, 2006, to President Bush. Your letter
concerning your pending immigration status for you and your family was forwarded to the U.S.
Department of Homeland Security, U.S. Citizenship and Immigration Services, (USCIS) for a
response and assigned USCIS case #557881.

We researched your inquiry to determine the status of your case as well as contacting the
Vermont Service Center. We were informed by the Vermont Service Center that the processing
of your case has been delayed. A further check of our records establishes that your case is not
yet ready for decision, as the required investigation into your background remains open for
further review. Therefore, your case as well as your family case is pending.

Until the background investigation is completed, we cannot move forward on your case. These
background checks are required to be completed on all applicants who apply for the immigration
benefit you are seeking. We will make every effort to make a decision on this case as soon as the
background checks are complete. If you do not receive a decision or other notice of action from
us within six months of the date of this letter, please contact customer service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,

Robert A. Fenwick, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Secuity

WH543954

# EXHIBIT W



**U.S. Citizenship and Immigration Services**

HQCIS 181/48.2.1-C

SEP 1 9 2007

Mr. Sridharan Srinivasan
Apartment 4
7430 Colshire Drive
Mc Lean, VA 22102

Dear Mr. Srinivasan:

Thank you for your letter dated August 1, 2007, to Vice President Cheney. The letter concerning the status of your Form I-140, Petition for Immigrant Worker, and Form I-485, Application to Register Permanent Residence or Adjust Status, from your relative, Vathsala Srinivasan on your behalf, was forwarded to the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) for a response and assigned case # 720620.

We regret the length of time it has taken to process your Form I-140, and Form I-485 applications. A search of our records reflects that the processing of your case has been delayed because the required USCIS review is still in process. Until this required USCIS review is completed, we cannot move forward on the case.

Please understand that the required USCIS review is part of the process in adjudicating cases of similar nature. While an exact date for completion of the review cannot be given at this time, we will make every effort to make a decision on this case as soon as the review is completed.

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

*A White*
*for*

Fairy D. White, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

VP241028

www.uscis.gov

# EXHIBIT X

**GEORGE ALLEN**
VIRGINIA

204 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-4604

(202) 224-4024
(202) 224-5432 (FAX)

http://allen.senate.gov/email.html

COMMITTEES:
COMMERCE, SCIENCE, AND
TRANSPORTATION
FOREIGN RELATIONS
SMALL BUSINESS AND
ENTREPRENEURSHIP



# United States Senate

October 18, 2006

Mr. Sridharan Srinivasan
7430 Colshire Drive, Apartment Four
Mc Lean, Virginia 22102

Dear Sridharan:

Thank you for your recent communication regarding your pending case. I welcome the opportunity to be of assistance.

I have submitted an inquiry to the United States Citizenship and Immigration Services (USCIS) for their consideration, and I have asked them to keep me informed of their progress.

Thank you again for taking the time to contact me. It is an honor to serve you in the United States Senate, and I look forward to working with you to make Virginia and America a better place to live, learn, work and raise a family. Please do not hesitate to let me know if I can be of further assistance to you on any other matter.

With warm regards, I remain

Sincerely,

George Allen

George Allen

☐ **CENTRAL VIRGINIA**
507 EAST FRANKLIN STREET
RICHMOND, VA 23219
(804) 771-2221
(804) 771-8313 (FAX)

☐ **HAMPTON ROADS**
222 CENTRAL PARK AVENUE, #120
VIRGINIA BEACH, VA 23462
(757) 518-1674
(757) 518-1679 (FAX)

☐ **WESTERN AND VALLEY**
3140 CHAPARRAL DRIVE, #C-101
ROANOKE, VA 24018
(540) 772-4236
(540) 772-6870 (FAX)

☐ **SOUTHWEST VIRGINIA**
352 CUMMINGS STREET, SUITE C
ABINGDON, VA 24210
(276) 676-2646
(276) 676-2586 (FAX)

☐ **NORTHERN VIRGINIA**
2214 ROCK HILL ROAD, SUITE 100
HERNDON, VA 20170
(703) 435-0039
(703) 435-3446 (FAX)

# EXHIBIT Y

JOHN McCAIN
ARIZONA

CHAIRMAN
COMMITTEE ON INDIAN AFFAIRS

COMMITTEE ON ARMED SERVICES

COMMITTEE ON COMMERCE,
SCIENCE, AND TRANSPORTATION

## United States Senate

241 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-0303
(202) 224-2235

5353 NORTH 16TH STREET
SUITE 105
PHOENIX, AZ 85016
(602) 952-2410

4703 SOUTH LAKESHORE DRIVE
SUITE 1
TEMPE, AZ 85282
(480) 897-6289

407 WEST CONGRESS STREET
SUITE 103
TUCSON, AZ 85701
(520) 670-6334

TELEPHONE FOR HEARING IMPAIRED
(602) 952-0170

October 19, 2006

Sridharan Srinivasan
7430 Colshire Dr.
Apt. 4
Mc Lean, VA 22102

Dear Sridharan:

Thank you for contacting me regarding the processing of your petition. I would very much like to be of assistance.

However, it is the customary practice of the U.S. Senate to allow a Senator from the constituent's home state to assist him or her. Therefore, I have forwarded your correspondence to Senator Warner. I am confident that he will provide you with the appropriate assistance.

Again, thank you for contacting me. I hope your situation can be favorably resolved.

Sincerely,

John McCain
United States Senator

JM/xaa

# EXHIBIT Z

**JAMES P. MORAN**
8TH DISTRICT OF VIRGINIA

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
DEFENSE
INTERIOR

www.house.gov/moran



**Congress of the United States**
**House of Representatives**

WASHINGTON OFFICE:
2239 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4608
(202) 225-4376
Fax: (202) 225-0017

DISTRICT OFFICES:
333 N. FAIRFAX STREET
SUITE 201
ALEXANDRIA, VA 22314
(703) 971-4700
Fax: (703) 922-9436

1760 RESTON PARKWAY
SUITE 504
RESTON, VA 20190
(703) 481-4339
Fax: (703) 481-4338

October 16, 2006

Mr. Sridharan Srinivasan
7430 Colshire Drive
Apt. 4
Mc Lean, Virginia 22102-7430

Dear Mr. Srinivasan:

Thank you for taking the time to contact me regarding your pending adjustment of status application.

As you may know, there are only a limited number of employment-based visas available each year. Currently, the State Department is issuing EB-2 category visas to nationals of India that filed on or before January 1, 2003. Since your application was filed in December 2004, it will be approximately two more years until a visa number is available. For your convenience, I have enclosed a copy of the most recent State Department Visa Bulletin. This document is published each month and can be accessed online at: http://travel.state.gov/visa/frvi/bulletin/bulletin_1360.html

I hope that this information is helpful to you. Please do not hesitate to contact me if I may be of help on other matters in the future. My staff and I are always ready to be of service.

With kindest regards, I am

Sincerely yours,

JAMES P. MORAN
Member of Congress

JPM/ph

Enclosure