AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 31, 2008 |
| NAME OF SERVER *(PRINT)* Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　　Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/31/08
　　　　　　　　　*Date*　　　　　　　*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**MURTHY LAW FIRM**
U.S. IMMIGRATION LAW
*We know immigration matters!* SM

July 30, 2008

**VIA FEDERAL EXPRESS**

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

JONATHAN SCHARFEN, Acting Director
US Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.,
Suite 5110
Washington, DC 20529

PAUL E. NOVAK, JR., Director
Vermont Service Center, USCIS
75 Lower Welden Street
St. Albans, VT 05479-0001

CIVIL PROCESS CLERK
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

Re: Case Number: 1:08-cv-01014 HHK

Dear Sir:

Enclosed please find an Amended Complaint and Exhibits in the matter of <u>Srinivasan v. Mukasey, et al.</u>, which has been filed with the U.S. District Court in Washington, D.C., on Monday, July 28, 2008.

Thank you.

Sincerely,

Brian S. Green*
Attorney

Enclosures

\* Admitted to practice in the Commonwealth of Pennsylvania and State of West Virginia. Not admitted in Maryland. Practice limited to matters of U.S. Immigration and Nationality Law.

10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117 USA
PH: 410.356.5440
FX: 410.356.5669
law@murthy.com
www.murthy.com

**FedEx**

Español | Customer Support | FedEx Locations   Search   [Go]

- Package/Envelope
- Freight
- Expedited
- Office/Print Services
- Ship ▸
- Track ▸
- Manage ▸
- Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
# Detailed Results

Printable Version   Quick Help

| | |
|---|---|
| **Tracking number** | 952639427212 |
| **Signed for by** | Signature release on file |
| **Ship date** | Jul 30, 2008 |
| **Delivery date** | Jul 31, 2008 1:19 PM |
| **Reference** | 06-2381ILM/dm |
| **Department number** | SPECIAL PROJECTS |
| **Destination** | WASHINGTON, DC |
| **Service type** | Standard Envelope |
| **Weight** | 0.5 lbs. |

**Wrong Address?** Reduce future mist FedEx Address Ch

**Tracking a FedEx Shipment?** Go to shipper login

**Status** Delivered

**Signature image available** No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 31, 2008 | 1:19 PM | **Delivered** | WASHINGTON, DC | Package delivered to recipient address - release authorized |
| | 8:33 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:38 AM | At local FedEx facility | WASHINGTON, DC | |
| Jul 30, 2008 | 9:37 PM | Left FedEx origin facility | LINTHICUM HEIGHTS, MD | |
| | 6:52 PM | Picked up | LINTHICUM HEIGHTS, MD | |
| | 3:01 PM | Package data transmitted to FedEx | | |

[Signature proof]   [E-mail results]   [Track more shipments/orders]

Subscribe to tracking updates (optional)

Your name:                    Your e-mail address:

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format: ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or