AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 31, 2008 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/08
       *Date*          *Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**MURTHY LAW FIRM**
U.S. IMMIGRATION LAW
*We know immigration matters!* SM

July 30, 2008

<u>**VIA FEDERAL EXPRESS**</u>

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

JONATHAN SCHARFEN, Acting Director
US Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.,
Suite 5110
Washington, DC 20529

PAUL E. NOVAK, JR., Director
Vermont Service Center, USCIS
75 Lower Welden Street
St. Albans, VT 05479-0001

CIVIL PROCESS CLERK
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

Re: Case Number: 1:08-cv-01014 HHK

Dear Sir:

Enclosed please find an Amended Complaint and Exhibits in the matter of <u>Srinivasan v. Mukasey, et al.</u>, which has been filed with the U.S. District Court in Washington, D.C., on Monday, July 28, 2008.

Thank you.

Sincerely,

Brian S. Green*
Attorney

Enclosures

---

*Admitted to practice in the Commonwealth of Pennsylvania and State of West Virginia. Not admitted in Maryland. Practice limited to matters of U.S. Immigration and Nationality Law.

10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117 USA
PH: 410.356.5440
FX: 410.356.5669
law@murthy.com
www.murthy.com

## Belinda Axt

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, July 31, 2008 11:32 AM
**To:** Belinda Axt
**Subject:** FedEx Shipment 952639427197 Delivered

This tracking update has been requested by:

Company Name:            LAW OFFICES OF SHEELA MURTHY
Name:                    DEBBIE MEEKINS
E-mail:                  DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                 06-2381LM/dm
Ship (P/U) date:           Jul 30, 2008
Delivery date:             Jul 31, 2008 11:24 AM
Sign for by:               A.STANLEY
Delivered to:              Shipping/Receiving
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           952639427197

Shipper Information                     Recipient Information
DEBBIE MEEKINS                          PAUL E. NOVAK, JR., DIRECTOR
LAW OFFICES OF SHEELA MURTHY            VT SERVICE CENTER
10451 MILL RUN CIRCLE;SUITE 100         US CITIZENSHIP & IMMIGRATION
OWINGS MILLS                            SERVIC;75 LOWER WELDEN STREET
MD                                      ST ALBANS
US                                      VT
21117                                   US
                                        054790001

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:32 AM CDT on 07/31/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

7/31/2008