UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRIDHARAN SRINIVASAN,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1014 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

    Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint from August 18, 2008, to September 30, 2008. The grounds for this Motion are set forth below.

    Based upon the Amended Complaint, this case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants to adjudicate the I-485 immigration applications of Plaintiff and his dependents. The U.S. Attorney's Office was served with the Complaint on June 17, 2008. Thereafter, Plaintiff filed an Amended Complaint, which was received by undersigned counsel on July 31, 2008.

    Promptly after the U.S. Attorney's Office was served with the Complaint, defense counsel contacted the United States Citizenship and Immigration Services ("USCIS") regarding the applications. Since Plaintiff filed the Complaint, USCIS has (a) approved Plaintiff's I-140 immigration petition; (b) requested that Plaintiff and his wife submit updated fingerprints; (c)

requested that Plaintiff's son, who is now over the age of 14, submit payment for fingerprint processing; and (d) requested that Plaintiff submit certain additional information to USCIS as Plaintiff moved from New Jersey to Virginia.  Consequently, it appears that processing of the immigration applications is now proceeding.  Although Defendants believe that these new facts may in-and-of-themselves moot Plaintiff's claims, the parties believe it prudent to extend Defendants time to respond to the Complaint in the hopes that the parties can amicably resolve this action without the need for further litigation.  Accordingly, the parties seek this extension of time.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents the parties' first request for an extension of this deadline and, in total, their first request for an extension in this action.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  Allowing the parties a reasonable amount of additional time to perhaps resolve this action without judicial intervention serves the interests of the parties and the Court.

*   *   *

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, September 30, 2008. A proposed order is attached.

Dated: August 15, 2008
       Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ARON A. FINKELSTEIN, D.C. BAR #25560 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Murthy Law Firm | United States Attorney |
| 10451 Mill Run Circle, Suite 100 | |
| Owings Mills, MD 21117 | |
| (410) 356-5440 | |
| | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| *Attorney for Plaintiff* | Assistant United States Attorney |
| | |
| | /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRIDHARAN SRINIVASAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1014 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' first joint motion for an enlargement of time for Defendants to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, September 30, 2008, to respond to the Complaint in this action.

_____                              _____
Date                                                                              HENRY H. KENNEDY
                                                                                       United States District Judge


Copies to Counsel of Record by CM/ECF.